UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA SUZANNE HOGAN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 16-1382 (TSC) |
| CARLA HAYDEN,<br>Librarian of Congress, | ) |
| Defendant. | ) |

**EXHIBIT LIST**

| Exhibit Number | Description |
|---|---|
| 1 | Hogan SF-50 (3/15/2004) |
| 2 | Hogan SF-50 (9/30/2007) |
| 3 | Hogan SF-50 (1/12/2014) |
| 4 | Hogan SF-50 (8/14/2015) |
| 5 | Deposition of Robert Newlen (7/25/2017) |
| 6 | Newlen SF-50 (11/14/2015) |
| 7 | Email from Linda Turner to Leslie Girard (12/15/2014) |
| 8 | Deposition of Suzanne Hogan (8/15/2017) |
| 9 | Email from Suzanne Hogan to Kurt Hyde (2/4/2015) |
| 10 | Affidavit of Robert Newlen |
| 11 | Deposition of David Mao (7/28/2017) |
| 12 | Affidavit of Sue Vita |
| 13 | Contract between the Library of Congress and Bounce |
| 14 | Calendar Invitation (11/6/2014) |

| Exhibit Number | Description |
| --- | --- |
| 15 | Calendar Invitation (12/18/2014) |
| 16 | Affidavit of Leslie Girard |
| 17 | Email from Suzanne Hogan to Robert Newlen (1/7/2015) |
| 18 | Email from Suzanne Hogan to Robert Newlen (1/14/2015) |
| 19 | Email exchange between Leslie Girard and Suzanne Hogan (1/14/2015) |
| 20 | Calendar Invitation (1/20/2015) |
| 21 | Deposition of Susan Vita (7/27/2017) |
| 22 | Email exchange between David Mao and Robert Newlen (1/27/2015) |
| 23 | Memorandum from James Billington to Suzanne Hogan (2/4/2015) |
| 24 | Deposition of Elizabeth Morrison (7/27/2017) |
| 25 | Calendar Invitation (2/4/2015) |
| 26 | Letter from James Billington to Suzanne Hogan (2/4/2015) |
| 27 | Email exchange between Robert Newlen and Suzanne Hogan (2/5/2015) |
| 28 | Email exchange between Susan Vita and Suzanne Hogan (2/10-2/11/15) |
| 29 | Email from Lucy Suddreth to Suzanne Hogan (2/11/2015) |
| 30 | Email chain (4/17-4/23/2015) |
| 31 | Deposition to Brian William (8/10/2017) |
| 32 | Declaration of Brian Williams (6/2/2015) |
| 33 | Deposition of Kathy Ott (7/31/2017) |
| 34 | Affidavit of Kathy Ott (6/2/2015) |
| 35 | Library of Congress Regulation 1621 |
| 36 | Library of Congress Security Banner |
| 37 | Notice of Proposed Adverse Action |
| 38 | Deposition of Ashley Wang (7/21/2017) |

| Exhibit Number | Description |
| --- | --- |
| 39 | Service Unit Management Request for ITS Assistance Form |
| 40 | Email Exchange between Christine Zynjuk, Sean Lang et al. (4/28/2015) |
| 41 | Service Units – Request for Assistance Approval Notification Form |
| 42 | Email Chain re: SENSITIVE: LIBN Request (4/28-4/29/2015) |
| 43 | Affidavit of Ashley Wang |
| 44 | Administrative Leave and Notice of Intent Memorandum (4/29/2015) |
| 45 | "Work Status" Memorandum (5/8/2015) |
| 46 | Letter, Suzanne Hogan – Response to Proposed Removal (7/8/2015) |
| 47 | Letter from David Mao to Suzanne Hogan (8/6/2014) |
| 48 | Email from Suzanne Hogan to Emily Vartanian et al. (1/14-1/15/2014) |
| 49 | Memo RE: Selection of Broadcast Production Company (2/20/14) |
| 50 | Email from Meggan McGrath to Suzanne Hogan (1/26/2014) |
| 51 | Email from Tim Swift to Suzanne Hogan (1/26/2014) |
| 52 | Email from Tim Swift to Suzanne Hogan (2/4/2015) |
| 53 | Email from Tim Swift to Suzanne Hogan (2/7/2015) |
| 54 | Library of Congress Regulation 2023-5 |
| 55 | Email from Suzanne Hogan to Tim Swift (4/28/2015) |
| 56 | Email from Suzanne Hogan to Tim Swift (4/28/2015) |
| 57 | Email from Suzanne Hogan to Tim Swift (4/29/2015) |
| 58 | Email from Suzanne Hogan to Tim Swift (4/29/2015) |
| 59 | Email from Suzanne Hogan to Jean Strunsky (2/3/2015) |
| 60 | Email from Suzanne Hogan to Michael and Jean Strunsky (2/6/2015) |
| 61 | Email from Suzanne Hogan to W. Thomas Hampsen (2/6/2015) |
| 62 | Email from Suzanne Hogan to Twyla Tharpe (3/6/2015) |

| Exhibit Number | Description |
| --- | --- |
| 63 | Email from Suzanne Hogan to Patricia de Stacy Harrison (3/27/2015) |
| 64 | Email from Suzanne Hogan to Michael and Jean Strunsky (4/23/2015) |
| 65 | Email from Suzanne Hogan to Tim Swift and Kristi Foley (4/26/2015) |
| 66 | Library of Congress Regulation 2023-2 |
| 67 | Library of Congress Regulation 2023-1 |
| 68 | Email exchange between Dalton Delan, Tim Swift, cc: Hogan (4/16/15) |
| 69 | Email from Kristi Foley to Tim Swift and Suzanne Hogan (4/24/2015) |
| 70 | Email exchange between Robert Newlen and Suzanne Hogan (4/23/15) |
| 71 | Email exchange re: LOC Gershwin Emmy submission (4/23-4/24/2015) |
| 72 | Email exchange re: FYC Screeners (4/24-4/27/2015 |
| 73 | Email from Ari Wilkenfeld to Evelio Rubiella/Dennis Hanratty (5/28/15) |
| 74 | Affidavit or Robert Newlen (2/2/2016) |
| 75 | Affidavit of David Mao (12/17/2016) |
| 76 | Allegation of Discrimination Form |
| 77 | Email from Suzanne Hogan to Tim Swift (11/26/13) |
| 78 | Affidavit of David Mao (9/29/2017) |