# EXHIBIT 51



**O'Brien, Julia**

| | |
|---|---|
| **From:** | Tim Swift <Tim@BounceAEG.com> |
| **Sent:** | Sunday, January 26, 2014 7:49 PM |
| **To:** | Hogan, Suzanne |
| **Subject:** | Fwd: You're Invited |
| **Attachments:** | image001.jpg |

Let me know when your on your way over.
Enjoy the show!!

Tim Swift | CEO | Bounce
o: 310.895.2152
c: 310.880.4846
e: tim@bounceaeg.com

Begin forwarded message:

> **From:** John Burk <John.Burk@concordmusicgroup.com>
> **Date:** January 17, 2014 at 7:03:48 PM PST
> **To:** Tim Swift <Tim@BounceAEG.com>
> **Subject: You're Invited**
>
> [cid:image001.jpg@01CF13B2.F89674B0]
> Please click here <mailto:grammy.reception@concordmusicgroup.com> to RSVP. This
> invitation is non-transferrable.



LIB0772

# EXHIBIT 52

  

**O'Brien, Julia**

| | |
|---|---|
| **From:** | Tim Swift <Tim@BounceAEG.com> |
| **Sent:** | Wednesday, February 04, 2015 4:06 PM |
| **To:** | Hogan, Suzanne |
| **Cc:** | Raya Rios |
| **Subject:** | MusiCares Deets |
| **Attachments:** | LACC Directions.pdf; LACC ParkingMap.pdf |

Hi Suzanne,

I'm glad you and Michael can join us this year for MusiCares. Please see below for arrival details.

Parking:
Please park in the West Hall Garage of the Convention Center, accessed off L.A. Live Way. Please find detailed driving directions and a parking map attached.

Car Service:
Please instruct your driver to access the L.A. Convention Center from Olympic Boulevard. From here, they will be directed to the Red Carpet drop-off, accessed off 12th Drive and Gilbert Lindsay Drive.

Tickets/Check-in:
My assistant, Raya Rios, will be standing at will call with a Bounce sign starting at 6:00pm to distribute tickets. Will call is located in the West Lobby of the L.A. Convention Center at the top of the first escalators. If you have any questions please don't hesitate to give her a call.

Contact:
Raya Rios
Cell: 310.736.8388
raya@bounceaeg.com

Schedule:
5:30pm – Red Carpet Arrivals
5:30-7:30pm – Silent Auction and Cocktail Reception
7:30pm – Dinner
9:00pm – Show

All the best,
Tim

--
**Tim Swift** | CEO | Bounce
o: 310.895.2152 | c: 310.880.4846 | e: tim@bounceaeg.com
9696 Culver Blvd, Suite 203, Culver City, CA 90232
www.bounceaeg.com | www.aegworldwide.com

000323

LIB0774

# EXHIBIT 53

JS

**O'Brien, Julia**

| | |
|---|---|
| **From:** | Tim Swift <Tim@BounceAEG.com> |
| **Sent:** | Saturday, February 07, 2015 12:34 PM |
| **To:** | Hogan, Suzanne |
| **Cc:** | Kristi Foley |
| **Subject:** | Re: AEG Grammy Party- Register your Credentials |

I was backstage with Neil P and Jeff last night and Jeff started on his Willy should get the Gershwin. It came out of the blue and was totally inappropriate with Neil standing there. Kramer is dufus!!

Tim Swift | CEO | Bounce
o: 310.895.2152
c: 310.880.4846
e: tim@bounceaeg.com

On Feb 7, 2015, at 9:29 AM, Hogan, Suzanne <shogan@loc.gov> wrote:

> Thanks Tim - I actually read through the whole package last night and will register shortly .
> Great show !!!! I got a few texts from Jeff Kramer who was over the moon about the show - he
> thought it worked in every level . Congrats !
>
> Sent from the work iPhone of
> Suzanne Hogan, Senior Advisor to
> The Librarian of Congress
>
> Please forgive misspelled words and grammar errors due to "iPhone" autocorrect and my own
> inability to pull off a credible imitation of Grammar Girl.
>
>
> On Feb 7, 2015, at 8:33 AM, Tim Swift <Tim@BounceAEG.com> wrote:
>
>> Hi- don't know if you guys got this email. This is what happens when the digital
>> group in a company sponsors an event.
>> Tim
>>
>> Tim Swift | CEO | Bounce
>> o: 310.895.2152
>> c: 310.880.4846
>> e: tim@bounceaeg.com
>>
>> Begin forwarded message:
>>
>>> From: RSVP <rsvp@aeglive.com>
>>> Date: February 7, 2015 at 8:10:21 AM PST
>>> To: RSVP <rsvp@aeglive.com>
>>> Subject: AEG Grammy Party- Register your Credentials
>>>
>>> Dear Guests,

000327

LIB0778

Please note this year you must register your credentials prior to entering STAPLES Center. If you have not already done so, please follow the directions outlined below:

Step 1: To download the app, please go to axs.com/aegreception on your apple or android device.

Step 2: After downloading the app refer to the back of your credential for your RFID Code. Follow the prompts to enter your RFID code and complete your registration

Step 3: OPT-IN to receive push notifications from our app.

Step 4: If you are unable to download the app and register your credentials for the party, please call (323) 556-9300 and we will manually register your credentials for you.

We look forward to seeing you on Sunday!

000328

LIB0779

# EXHIBIT 54

LCR 2023-5 - Gifts, Entertainment, and Favors                            Page 1 of 2

LC Staff > Office of the General Counsel > Legal References > LCRs > 2000 Series > 2023 subseries > LCR 2023-5

## LCRs - Library of Congress Regulations

List of All LCRs | Series List | Recently Changed

Previous | 2023 Series | Next

### LCR 2023-5

### Gifts, Entertainment, and Favors

- Section 1: Purpose
- Section 2: Permissible Gifts, Entertainment, and Favors
- Section 3: Gifts to Superiors
- Section 4: Acceptance of Awards and Prizes
- Section 5: Acceptance of Travel and Living Expenses
- Notes

### Section 1: Purpose

Except as provided in Sections 2 and 5 of this Regulation, staff members shall not solicit or accept, directly or indirectly, any gift, gratuity, favor, entertainment, loan, or any other item of monetary value, from a person who:

    A. Has, or is seeking to obtain, contractual or other business or financial relations with the Library or the Federal Government in general;

    B. Conducts operations or activities that are subject to regulations by the Library or any department therein; or

    C. Has interests that may be substantially affected by the performance or nonperformance of the staff members' official duty.

### Section 2: Permissible Gifts Entertainment and Favors

The prohibitions of Section 1 do not apply in the following cases:

    A. Obvious family or personal relationships, such as those between the parents, children, or spouse of the staff member and the staff member, when the circumstances make it clear that it is those relationships rather than the business of the persons concerned which are the motivating factors for such gift, entertainment, or favor;

    B. Acceptance of food and refreshments of nominal value on infrequent occasions in the ordinary course of a luncheon or dinner meeting or other meeting or on an inspection tour where the staff member may properly be in attendance;

    C. The acceptance of loans from banks, credit unions, or other financial institutions on customary terms to finance proper and usual activities of employees, such as home mortgage loans; and

    D. The acceptance of unsolicited advertising or promotional material, such as pens, pencils, note pads, calendars, and other items of nominal intrinsic value.

### Section 3: Gifts to Superiors

Staff members shall not solicit a contribution from other staff members for a gift to an official superior, make a donation as a gift to an official superior, or accept a gift from staff members who are their subordinates or who receive less pay than they (see 5 U.S.C. §7351). However, this section does not prohibit voluntary gifts of nominal value or donation in nominal amounts on special occasions such as marriage, illness, or retirement.

Exhibit G-8

LIB0866



**Section 4: Acceptance of Awards and Prizes**

A. Staff members may accept awards, including cash awards, given in recognition of a meritorious public contribution or achievement. If there is any indication, however, that the award or prize may improperly influence the staff member in the performance of his/her official duties, advice concerning the acceptance of that award or prize shall be sought from the Library's General Counsel.

B. A staff member may not accept an award or a prize from an organization which the staff member knows, or should know, has a contractual or other business arrangement with, or is regulated by, the principal operating unit, or a sub-unit of that unit, in which the staff member works or with respect to which the staff member has official duties, *unless* acceptance is approved by the head of the staff member's principal operating unit. The head of that unit may not approve acceptance unless he/she has consulted with the General Counsel and he/she is satisfied that no actual conflict of interest would result.

C. Generally, staff members may accept trophies, entertainment, rewards, and prizes given to competitors in contests or events which are open to the public.

D. Gift, awards, decorations or other things of value from a foreign government may be accepted only under the provisions of LCR 2023-5.1, "Receipt and Disposition of Foreign Gifts and Decorations."

**Section 5: Acceptance of Travel and Living Expenses**

Unless otherwise prohibited by law, staff members are not precluded from receiving bona fide reimbursement for expenses of travel and such other necessary subsistence as is compatible with these regulations, when not engaged on official Library business. However, this Section does not allow staff members to be reimbursed, or payment to be made on their behalf for excessive personal living expenses, gifts, entertainment, or other personal benefits from persons identified in Section 1. above. When traveling on official business, no direct reimbursement of travel expenses may be accepted by staff members from private sources. (For procedures concerning reimbursement from outside organizations, see LCR 1740, "Official Travel when Funds are Provided in Whole or in Part by a Non-Federal Source, Another Government Agency, or a Foreign Government, Acceptance of Fees during Travel, or Travel Paid for by an Employee," issued November 10, 1997, superseding October 3, 1984 issuance of LCR 1710, p. 1, May 22, 1986 issuance of p. 2, and September 23, 1992 issuance of p. 3.)

---

**Notes**

- Series: 2023 Personal Conduct and Personal Activities of Staff
- Responsible Office: Office of the Librarian
- Statutory Authority: 2 U.S.C. §136, 5 U.S.C. §7351
- Last Revised: March 23, 1998

Top

# EXHIBIT 55



**O'Brien, Julia**

| | |
|---|---|
| **From:** | Hogan, Suzanne |
| **Sent:** | Tuesday, April 28, 2015 5:52 PM |
| **To:** | Tim Swift |
| **Subject:** | Fwd: Meeting with Dr. Billington - Wednesday @1 PM |
| **Attachments:** | 2015 Gershwin Prize Pre-production plan.pdf; ATT00001.htm |

Just to keep you up to date.  Since they get upset when i CC you, I did not want to take a chance that they would check my email for a BCC so here you go.

Begin forwarded message:

**From:** "Hogan, Suzanne" <shogan@loc.gov>
**Subject: Re: Meeting with Dr. Billington - Wednesday @1 PM**
**Date:** April 28, 2015 at 5:49:05 PM EDT
**To:** "Morrison, Elizabeth" <emor@loc.gov>
**Cc:** "Robbins, Tim" <tiro@loc.gov>, "Girard, Leslie" <lglr@loc.gov>, "Newlen, Robert" <rnewlen@loc.gov>

Liz,

Attached you will find my report as promised.  Let me know if you need anything more - I am happy to provide.

000231

LIB0682

# EXHIBIT 56

**O'Brien, Julia**

| | |
|---|---|
| **From:** | Hogan, Suzanne |
| **Sent:** | Tuesday, April 28, 2015 10:34 PM |
| **To:** | Tim Swift |
| **Subject:** | Fwd: Recording Academy on NRPB |

If for some reason this has not happened out of the office of the librarian because my name is attached - I'm going to need somebody to go to war . This is getting ridiculous . I have an email in to Steve Leggett

Sent from the work iPhone of
Suzanne Hogan, Special Assistant to
The Librarian of Congress, and Executive in Charge of Production, The Gershwin Prize for Popular Song



Begin forwarded message:

> **From:** "Leggett, Stephen C" <sleg@loc.gov>
> **Date:** April 7, 2015 at 8:45:51 AM EDT
> **To:** "Hogan, Suzanne" <shogan@loc.gov>
> **Subject: Recording Academy on NRPB**
>
> Suzanne: I enjoyed speaking with you.
>
> For the past few years, the Recording Academy representation on the NRPB has consisted of:
>
> Member: Kristen Madsen
> Alternate: Maureen Droney
>
> Both were active on the Board, for which we are thankful.
>
> Given a) Kristen's departure, b) Maureen's wish to continue her excellent service, and c) Neil Portnow's nomination of Dana Tomarken to replace Kristen, we feel the ideal solution is as follows:
>
> Member: Dana Tomarken
> Alternate Member: Maureen Droney
>
> This solution represents different sections of the Academy  (P&E Wing and Grammy Foundation) both very useful to our project.  We look forward to working with both Dana and Maureen.
>
> The Librarian of Congress will shortly send letters to both Dana and Maureen noting Dana's appointment and Maureen's reappointment.
>
> Thanks for your help, Steve
>
>
> Steve Leggett
> Liaison Specialist/Program Coordinator

LIB0685



National Film Preservation Board (NFPB)  http://www.loc.gov/film
National Recording Preservation Board (NRPB)  http://www.loc.gov/nrpb
Library of Congress
Packard Campus for Audio Visual Conservation
19053 Mt. Pony Road
Culpeper, VA  22701
p: 202/707-5912
f: 202/707-0848
email: sleg@loc.gov
cell/text: 703-895-8349
Also visit the web site of the NFPB's charitable affiliate, the National Film Preservation Foundation at
http://www.filmpreservation.org
And visit the web site of the NRPB's charitable affiliate, the National Recording Preservation Foundation,
at  http://www.recordingpreservation.org
Email:  stevenolr@gmail.com

LIB0686

# EXHIBIT 57

**O'Brien, Julia**

| | |
|---|---|
| **From:** | Tim Swift <Tim@BounceAEG.com> |
| **Sent:** | Wednesday, April 29, 2015 10:45 AM |
| **To:** | Hogan, Suzanne |
| **Subject:** | Re: Dana |

Thx

Tim Swift | CEO | Bounce
o: 310.895.2152
c: 310.880.4846
e: tim@bounceaeg.com

On Apr 29, 2015, at 7:32 AM, Hogan, Suzanne <shogan@loc.gov> wrote:



> AHHH.  Okie Dokie
> On Apr 29, 2015, at 6:26 AM, Leggett, Stephen C <sleg@loc.gov> wrote:
>
> Will go out shortly.  We are having to redo both Boards, all 88 members and alternates.
>
> -----Original Message-----
> From: Hogan, Suzanne
> Sent: Tuesday, April 28, 2015 10:32 PM
> To: Leggett, Stephen C
> Subject: Dana
>
> Steve - did the letter ever go out to Dana. She said she has not yet received it.
>
> Sent from the work iPhone of
> Suzanne Hogan, Special Assistant to
> The Librarian of Congress, and Executive in Charge of Production, The Gershwin Prize for
> Popular Song
>
>
>
> Suzanne Hogan
> Special Assistant to The Librarian of Congress &
> Executive in Charge of Production, The Gershwin Prize for Popular Song
>
> Office:  202-707-8561
> Cell:  703-980-1308
> shogan@loc.gov

LIB0687

# EXHIBIT 58

**O'Brien, Julia**

| | |
|---|---|
| **From:** | Hogan, Suzanne |
| **Sent:** | Wednesday, April 29, 2015 10:55 AM |
| **To:** | Tim Swift |
| **Subject:** | Re: Dana |

It's always something.
On Apr 29, 2015, at 10:50 AM, Tim Swift <Tim@BounceAEG.com> wrote:


Again, thx

Tim Swift | CEO | Bounce
o: 310.895.2152
c: 310.880.4846
e: tim@bounceaeg.com

On Apr 29, 2015, at 7:33 AM, Hogan, Suzanne <shogan@loc.gov> wrote:

I know she will appreciate this.


On Apr 29, 2015, at 8:31 AM, Leggett, Stephen C <sleg@loc.gov> wrote:


The two letters (Tomarken, Member Appt and Droney Alt Reappt) are now working their way through the system. Thanks, Steve

-----Original Message-----
From: Leggett, Stephen C
Sent: Wednesday, April 29, 2015 7:07 AM
To: Hogan, Suzanne
Subject: RE: Dana

Oops meant to say that the 2 AMPAS letters will go up to Library Services today, since they are different from the other 6 mentioned. These have to go through Packard Campus, LS, OGC and then to Librarian's Office. Thanks, Steve


-----Original Message-----
From: Leggett, Stephen C
Sent: Wednesday, April 29, 2015 6:29 AM
To: Hogan, Suzanne
Subject: RE: Dana

Should add hers are in a batch of 8 or so which should go up to Librarian's office late this week/weekend. The other 80 or so still require a few internal decisions out here as to who fits where etc. Thanks, Steve


000237

LIB0688

-----Original Message-----
From: Leggett, Stephen C
Sent: Wednesday, April 29, 2015 6:26 AM
To: Hogan, Suzanne
Subject: RE: Dana

Will go out shortly. We are having to redo both Boards, all 88 members and alternates.

-----Original Message-----
From: Hogan, Suzanne
Sent: Tuesday, April 28, 2015 10:32 PM
To: Leggett, Stephen C
Subject: Dana

Steve - did the letter ever go out to Dana. She said she has not yet received it.

Sent from the work iPhone of
Suzanne Hogan, Special Assistant to
The Librarian of Congress, and Executive in Charge of Production, The Gershwin Prize for
Popular Song

Suzanne Hogan
Special Assistant to The Librarian of Congress &
Executive in Charge of Production, The Gershwin Prize for Popular Song

Office: 202-707-8561
Cell: 703-980-1308
shogan@loc.gov

Suzanne Hogan
Special Assistant to The Librarian of Congress &
Executive in Charge of Production, The Gershwin Prize for Popular Song

Office: 202-707-8561
Cell: 703-980-1308
shogan@loc.gov

000238

LIB0689

# EXHIBIT 59

**O'Brien, Julia**

| | |
|---|---|
| **From:** | Jean Strunsky <jeans@gershwin.com> |
| **Sent:** | Tuesday, February 03, 2015 3:18 PM |
| **To:** | Hogan, Suzanne |
| **Subject:** | RE: Can we talk today? |

Hi Suzanne

It sounds like you've been having quite a time...and missing Nice Work may have been the least of it, although it is a cheery show...and you obviously needed some light fare recently.

You don't have to apologize to us. I know you are very organized and efficient and so losing your calendar (and other important things) is traumatic enough and you have probably done a mega job of punishing yourself. Please don't think we're upset with you. We are not, but we are sad you missed a night of fun.

So no need to call to explain as you've done that very well, but it's always nice to chat with you...we're in NY for *Lady Be Good* at City Center Encores and reminding ourselves there are many reasons to live in SF, the weather being just one of them.

But here is my mobile number anyway....it's always good to have: 415-264-1065

I'll be "out of commission" from 5pm on. We're meeting Michael and Terrance for dinner before the 7:30 performance at City Center.

Jean

*Jean Z. Strunsky*
*jeans@gershwin.com*

-----Original Message-----
From: Hogan, Suzanne [mailto:shogan@loc.gov]
Sent: Tuesday, February 3, 2015 9:36 AM
To: Jean Strunsky
Subject: Can we talk today?

Jean - I owe you and Mike an apology - I just discovered last night as I got back online after having my computer crash early last week that I completely missed "Nice work if you can get it" on Saturday, along with another appointment I had booked as well. This is completely uncharacteristic of me. The past several weeks at work have delivered a perfect storm of unexpected leadership changes at the top level coupled with our IT dept working diligently until last night to recover the data that appeared to be lost on my work computer at the hand of an exuberant IT associate who corrupted crashed my hard drive a week ago while she decided to do more than reset my password. The situation seems to be calming down now,


000252

LIB0703



but it has been very stressful and  I would feel better talking to you person to person about this rather than sending you an email. Please let me know when you are available and the best number for me to call.
Warmly - Suz


Sent from the work iPhone of
Suzanne Hogan, Senior Advisor to
The Librarian of Congress

Please forgive misspelled words and grammar errors due to "iPhone" autocorrect and my own inability to pull off a credible imitation of Grammar Girl.

LIB0704

# EXHIBIT 60

O'Brien, Julia

| | |
|---|---|
| **From:** | Jean Strunsky <jeans@gershwin.com> |
| **Sent:** | Friday, February 06, 2015 5:54 PM |
| **To:** | Hogan, Suzanne |
| **Cc:** | Michael Strunsky |
| **Subject:** | Sue's Announcement |

Suzanne,

It's untenable to us as well.  We're on a flight back to San Francisco,.  Mike would like to phone you tomorrow morning around 11 am your time if you're up for it.  If so, what is the best phone number for us to use?

Our hearts go out to you.

Jean

*Jean Z. Strunsky*
*jeans@gershwin.com*

**From:** Hogan, Suzanne [mailto:shogan@loc.gov]
**Sent:** Friday, February 6, 2015 2:25 PM
**To:** Michael Strunsky
**Cc:** Jean Strunsky
**Subject:** Fwd: Announcement

Mike and Jean,
Now that Sue Vita has made this a public announcement - I will make myself available to talk to you about this and hopefully I will be in a better state of mind and heart. Truth be told after absorbing it for three days, it still feels untenable to me both the optics and message. Professionally I have no idea how for 12 years of working out of the Librarian's office, that anyone would believe I could be more productive working 6 floors down in a room that is now used to store junk an excess furniture . The metaphor is not lost on me. After all I have done to improve the positioning of the Gershwin and every assignment I have been given this is professionally devastating and anyone who works at the leadership level of the performing arts world knows the importance of proximity to power or institutional leadership. I learned from Sue Vita, the new chief of staff Robert Newlen spoke to her almost a month ago about returning the Gershwin to the music division - so while this action does not fully do that, the optics speak volumes about his int████ Newlen apparently had already decided before ever having one conversation with me.

Before I do anything I will give you the courtesy of my decision. Just do me a favor - please keep with between us at least until we talk.
Warmly,
Suzanne

Sent from the work iPhone of
Suzanne Hogan, Senior Advisor to
The Librarian of Congress

000254

LIB0705

 

Please forgive misspelled words and grammar errors due to "iPhone" autocorrect and my own inability to pull off a credible imitation of Grammar Girl.

Begin forwarded message:

> **From:** "Vita, Susan" <svit@loc.gov>
> **Date:** February 6, 2015 at 10:50:09 AM PST
> **To:** "Aguilar, D'Angelo" <dagu@loc.gov>, "Auman, Elizabeth" <eaum@loc.gov>, "Barrick, Thomas" <tbarr@loc.gov>, "Barti, Joseph" <joba@loc.gov>, "Baughman, Pat" <pbau@loc.gov>, "Boomhower, Daniel" <dboomhower@loc.gov>, "Brown, Nicholas" <nbrown@loc.gov>, "Clermont, Susan" <scle@loc.gov>, "Connor, Sharon" <scon@loc.gov>, "Edwards, Anthony" <aned@loc.gov>, "Evans, Melissa" <meyo@loc.gov>, "Fletcher, Anthony" <afle@loc.gov>, "Fraunfelter, Paul" <pafr@loc.gov>, "Freunsch, Gail" <gfre@loc.gov>, "Glymph, Michele" <mgly@loc.gov>, "Guitreaux, Melanie" <mgui@loc.gov>, "HaileSelassie, Solomon" <shai@loc.gov>, "Hartten, Christopher" <chha@loc.gov>, "Harvey, Bill" <twha@loc.gov>, "Hoban, Michi" <mhob@loc.gov>, "Horowitz, Mark" <mhor@loc.gov>, "Jaffe, Howard" <hjaf@loc.gov>, "Kinloch, Sandi" <skinl@loc.gov>, "Kipper, George" <gklp@loc.gov>, "Kirchik, Irina" <ikir@loc.gov>, "Lambert, Shantel" <slam@loc.gov>, "Appelbaum, Larry" <lapp@loc.gov>, "Lauridsen, Jan" <jlau@loc.gov>, "LaVine, Kevin" <klav@loc.gov>, "Lloyd, Johnny" <jllo@loc.gov>, "Lund, Karen C" <klun@loc.gov>, "Lynch, John Michael" <jlyn@loc.gov>, "McKinley, Sharon" <smckinley@loc.gov>, "McKinney, Janet" <jmckinney@loc.gov>, "McLean, Anne" <amcl@loc.gov>, "Miller, Caitlin" <cmill@loc.gov>, "Moses, Karen" <kmos@loc.gov>, "Murrell, Pamela" <pamu@loc.gov>, "Padua, Patricio" <ppad@loc.gov>, "Patterson, Alicia" <apat@loc.gov>, "Permut, Steven" <spermut@loc.gov>, "Perryman, Samuel" <sper@loc.gov>, "Pinchback, Lloyd" <lpin@loc.gov>, "Plylar, David H." <dply@loc.gov>, "Rausch, Robin" <rrau@loc.gov>, "Rivers, Catherine" <criv@loc.gov>, "Sanner, Howard C" <hsan@loc.gov>, "Schissel, Loras" <lsch@loc.gov>, "Seeger, Nancy" <nsee@loc.gov>, "Shellenbarger, Robert" <rosh@loc.gov>, "Shelton, Ida" <idsh@loc.gov>, "Shiota, Lisa" <lshi@loc.gov>, "Thompson, Phyllis" <pcth@loc.gov>, "Turpin, Michael E" <mtur@loc.gov>, "Vigorito, Maarja" <mvig@loc.gov>, "Ward-Bamford, Carol" <cwar@loc.gov>, "Wedgewood, Mary" <mwed@loc.gov>, "Weinberg, Valerie" <vwei@loc.gov>, "White, Raymond" <rawh@loc.gov>, "Williams, Donna" <dowi@loc.gov>, "Wintle, James" <jwin@loc.gov>, "Wireman, Michael" <mwir@loc.gov>, "Wolf, James L" <jwol@loc.gov>, "Yoon, Jungja" <jyoon@loc.gov>, "Yusko, Stephen" <syus@loc.gov>, "Yust, Laura" <lyus@loc.gov>, "Zvonchenko, Walter" <wzvo@loc.gov>
> **Cc:** "Zinkham, Helena" <hzin@loc.gov>, "Hogan, Suzanne" <shogan@loc.gov>, "Newlen, Robert" <rnewlen@loc.gov>, "Sweeney, Mark" <mswe@loc.gov>, "Lukow, Gregory" <gluk@loc.gov>, "Vita, Susan" <svit@loc.gov>
> **Subject: Announcement**
>
> Dear Music Division Staff:
> The Music Division will be directly affected by another of the decisions from the Librarian's Office. Yesterday afternoon we were informed that Dr. Billington has decided that Suzanne Hogan will be physically moving out of the Librarian's suite. She will split her time stationed in Music and MBRS/Packard. Her office in Music will be in Betty's old office, which will be cleaned, painted, and outfitted with furniture for her. This work is expected to be completed by the end of next week! She will continue to report to Robert Newlen, Chief of Staff, but she will work cooperatively with Music and MBRS to support special programs. For Music she will continue working on the Gershwin Prize and developing a celebratory event for Songs of America. For MBRS/Packard she will work on developing external events that highlight activities and collections, especially with education outreach for the National Jukebox and the Film Registry.

LIB0706

 

Please join me in welcoming Suzanne when she moves in.  As you know, she has successfully guided and produced the Gershwin Prize events for the past three years, and her knowledge and contacts will be an asset to our work—especially in the area of popular music and special events.

Susan Vita
Chief, Music Division
Library of Congress
Washington, DC 20540
202-707-7124
svit@loc.gov

LIB0707