UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAULA SUZANNE HOGAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CARLA HAYDEN, )<br>Librarian of Congress, )<br>Library of Congress, )<br>)<br>Defendant. )<br>) | Case No. 1:16-1382 (TSC) |

**PLAINTIFF'S APPENDIX OF EXHIBITS IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1. March 13, 2004 Standard Form 50, Notification of Personnel Action

2. September 30, 2007 Standard Form 50, Notification of Personnel Action

3. Position Description - Special Assistant to the Librarian, GS-0301-15

4. February 2, 2007 Form Creating New Position Description

5. July 17, 2012 Billington Memorandum re: Gershwin Prize Planning

6. Deposition Transcript of Paula Suzanne Hogan

7. May 20, 2014 Production Contract Between the Library of Congress and Bounce AEG

8. August 13, 2014 Suzanne Hogan Performance Evaluation

9. August 6, 2013 Suzanne Hogan Performance Evaluation

10. August 27, 2012 Suzanne Hogan Performance Evaluation

11. February 14, 2015 Letter to Hogan from Billington

12. February 4, 2015 Performance Award Letter

13. Deposition Transcript of David Mao

1

14. Deposition Transcript of Robert Newlen

15. Deposition Transcript of Kathy Ott

16. February 13, 2015 Memorandum to Billington from Hogan re: Follow-up to February 5, 2015 Trip to Los Angeles and February 4, 2015 Assignments Correspondence

17. November 6, 2015 EEO Affidavit of Suzanne Hogan

18. Deposition Transcript of Susan Vita

19. January 27, 2015 Email from Newlen to Mao re: Summary re: S. Hogan

20. January 27, 2015 Email from Newlen to Morrison and Mao re: SH Rollout

21. February 4, 2015 Memorandum re: Assignments

22. Plaintiff's Reponses to Defendant's First Set of Interrogatories and First Request for Production of Documents

23. Deposition Transcript of Elizabeth Morrison

24. August 14, 2015 Standard Form 50, Notification of Personnel Action

25. February 5, 2015 Email to Newlen from Hogan re: Two Items

26. August 27, 2015 Email Card_Access re: Request to Change Suzanne Hogan's LM-608 Card Access

27. September 29, 2017 Affidavit of David Mao

28. March 13, 2015 Email to Robbins, Coleman, and Girard from Hogan re: Status of the Offer Letter to Willie Nelson

29. April 22, 2015 Supplemental EEO Affidavit of Hogan

30. Summary re: Patricia Harrison Request for Meeting Space

31. March 27, 2015 Emails between Hogan and Harrison

32. April 10, 2015 Emails between Hogan and Newlen re: Circling Around

33. April 15, 2015 Emails with Newlen re: Circling Around

34. April 2, 2015 Emails between Hogan and Newlen re: Tim Swift - Next Week

35. April 16, 2015 Email from Swift to Hogan and Newlen re: LOC Gershwin Emmy Submission

36. April 23, 2015 Emails between Hogan and Newlen re: LOC Gershwin Emmy Submission

37. April 21, 2015 Email from Swift to Hogan and Newlen re: Gershwin Prize/Emmy Campaign

38. April 23, 2015 Emails between Hogan and Swift re: LOC Gershwin Emmy Submission

39. April 26, 2015 Email from Hogan to Swift and Foley re: LOC Gershwin Emmy Submission

40. Deposition Transcript of Brian Williams

41. June 2, 2015 Statement of Brian Williams

42. June 2, 2015 Statement of Kathy Ott

43. Deposition Transcript of Ashley Wang

44. April 27, 2015 Service Unit Management Request for ITS and IT Security Group Assistance

45. Deposition Transcript of Evilio Rubiella

46. April 28, 2015 Email from Hogan to Swift re: 2015 Gershwin Prize Pre-Production Plan

47. April 29, 2015 Memorandum from Newlen to Hogan re: Administrative Leave and Notice of Intent

48. Library's Objections and Responses to Plaintiff's First Set of Interrogatories

49. May 8, 2015 Memorandum from Newlen to Hogan re: Telework Status

50. June 10, 2015 Notice of Proposed Adverse Action

51. August 6, 2015 Decision Sustaining Hogan's Proposed Removal

52. February 3, 2015 Standard Form 50, Notification of Personnel Action, Individual Cash Award

53. February 3, 2015 Standard Form 50, Notification of Personnel Action Individual Time-Off Award

54. March 5, 2015 Email from Swift to Strunsky re: Call from Dr. Billington

55. June 2, 2015 Emails between Osterberg and Swift re: Draft Gershwin Prize Release

56. July 9, 2015 Email from Osterberg to Vita, Lauridsen, McLean, Wintle, and Swift re: preliminary summary of Gershwin Prize coverage

57. March 9, 2016 Email from Vita to Swift, Newlen, Flanagan, Glymph, Lauridsen, Eno, Siegel, and Ott re: Agenda -- Tim Swift's Meeting

58. September 1, 2016 Email from Vita to Swift, Newlen, Siegel, Pugh, Ott, Eno, Wingfield, Osterberg, Cannady, Flanagan, Lauridsen, Glymph, and Williams re: Gershwin Prize Meeting

59. April 28, 2015 Service Units - Request for Assistance Approval/Notification Form

60. LCR 1621: Staff Use of the Internet, Computers, and Electronic Communications Systems

61. LCR 2020-5: Administrative Leave, Enforced Leave, and Indefinite Suspension

62. January 19, 2016 EEO Affidavit of Robert Newlen

63. LCR 2014-8: Telework (Working Offsite)

64. December 17, 2015 EEO Affidavit of David Mao

65. January 12, 2016 EEO Affidavit of James Billington

66. February 6, 2015 Emails with Jean Strunsky re: Sue's Announcement

67. February 6, 2015 Emails with W. Thomas Hampson re: Announcement

68. March 12, 2015 Emails with Twyla Tharp

69. Special Events Agreement for Use of Library Facilities

70. January 22, 2014 Email from Tim Swift re: Spelling

71. January 22, 2014 Email re: 2014 MusiCares POTY Guest Arrival Information

72. January 22, 2014 Email re: MusiCares – Table of Guests

73. February 4, 2015 Email re: MusiCares Deets